IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:14-cr-228-DPM

HARTZELL WATSON                                             DEFENDANT

ORDER

The Court will hold a hearing on the motion to withdraw, № 31, at 3:30 p.m. on Tuesday, 20 September 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 September 2016